1150

No. 05–58. FINK ET AL. v. BARNHART, COMMISSIONER OF SO-CIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 05–353. PEABODY WESTERN COAL CO. ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 05–497. LUKOWSKI ET AL. v. CSX TRANSPORTATION, INC. C. A. 6th Cir. Certiorari denied.

No. 05–519. WIRZBURGER ET AL. v. GALVIN ET AL. C. A. 1st Cir. Certiorari denied.

No. 05–635. SMITH v. AMERICAN AIRLINES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–645. SCHEIBLER ET VIR v. HIGHMARK BLUE SHIELD. C. A. 3d Cir. Certiorari denied.

No. 05–647. GARCIA RAMOS v. 1199 HEALTH CARE EMPLOY-EES PENSION FUND ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–648. FREEDMAN SEATING CO. v. AMERICAN SEATING CO. C. A. Fed. Cir. Certiorari denied.

No. 05–651. FOX v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–652. IRWIN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–653. BRONCO WINE CO. ET AL. v. JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 05–707. SHOBAR ET AL. v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–717. SAPORITO v. DEPARTMENT OF LABOR ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–728. BROTHER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.